**FORM A**

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
JAMES J. VILT, JR. - CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

APR - 6 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

James Richard Huffman IV

_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:21-CV-217-RGJ
(To be supplied by the clerk)

See Attachment: Form A

(X) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

**I. PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: James Richard Huffman IV

Place of Confinement: Luther Luckett Correctional Complex

Address: State # 296645
PO BOX 6
LaGrange, KY 40031

Status of Plaintiff: CONVICTED (X) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Katherine Williams is employed as Nurse at Roderer Correctional Complex.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant Jessica Fortwengler is employed as Doctor at Luther Luckett Correctional Complex

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant Sasha Grey is employed as Nurse at Luther Luckett Correctional Complex

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant Courtney Forgy is employed as Nurse at Luther Luckett Correctional Complex

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

2

(5) Defendant Shane Johnston is employed as Nurse at Luther Luckett Correctional Complex

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(6) Defendant Willaim Betz is employed as Radiologyst at Trident Care.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(7) Defendant Warden Scott Jordan is employed as Warden at Kentucky State Penitentiary.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

See Attachment: Form A

4

III. STATEMENT OF CLAIM(S) continued

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ $500,000.00

__X__ grant injunctive relief by Enusre Corrective Surgery

__X__ award punitive damages in the amount of $ $5,000,000.00

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 5th day of April, 2021

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 4/5/21.

_____
(Signature)

6